RECEIVED
2011 JUN -2 P 3:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,

Plaintiffs,

v.

AG EDWARDS & SONS, BARCLAYS GBL INVESTORS NA, AP1 MSCI WORLD INDEX PLUS, BECHTEL, VICESEL GROUP INC., BELLSOUTH CORP. NON-REPRESENTABLE HEALTH CARE TRUST, MELLON BANK N.A. EMP BEN PL, FIT COLLECTIVE INVESTMENT PLAN, SEMPRA ENERGY PENSION MSTR TRUST, and INVOC,

Defendants.

Case No. CV 11 2646 EDL

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER GRANTING ADMINISTRATIVE RELIEF TO FILE EXHIBIT A TO PLAINTIFF'S COMPLAINT UNDER SEAL

Date Action Filed: June __, 2011

Having considered plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company (collectively "plaintiffs") *ex parte* application requesting an order sealing an unredacted version of Exhibit A to the Complaint, and good cause appearing therefore, IT IS HEREBY ORDERED that the Application is GRANTED.

This Court finds as follows:

1. Good cause exists to grant plaintiffs' Application and issue an Administrative Order sealing Exhibit A to the Complaint on an expedited basis. The relief requested could not be brought according to regular noticed motion procedures, and plaintiffs are without fault in creating the situation that requires *ex parte* relief.

2. Good cause exists to preserve the confidentiality of the information submitted pursuant to the United States Bankruptcy Court for the District of Delaware's Protective Order, because Exhibit A contains information regarding the link between a particular shareholder defendant and the entity or institution through which that defendant held Tribune stock and information regarding the amount of the payment made to particular defendants. Such information is subject to the Bankruptcy Court's Protective Order.

3. Because Exhibit A reveals confidential information as set forth above, substantial probability exists that this overriding interest will be prejudiced if Exhibit A is filed in the public domain and not sealed.

4. The sealing order is narrowly tailored – non-confidential portions of Exhibit A are already on file with this Court and open to inspection by the public. Thus, sealing Exhibit A will only prohibit access to the confidential portions of Exhibit A subject to the Bankruptcy Order. No less restrictive means exist to protect this overriding interest.

This Court therefore directs the Clerk of the Court and the parties as follows:

1. The Clerk shall file the complete, unredacted Exhibit A to the Complaint under seal in its entirety. The unredacted Exhibit A shall remain under seal indefinitely, pending further order of this Court.

2. Concurrently with the its service of the Summons, Complaint, Civil Case Cover Sheet and other administrative materials, plaintiffs shall serve upon each defendant named in this

1  action: (1) a copy of this Order; (2) a copy of plaintiffs' Ex Parte Application for Administrative
2  Relief to File Exhibit A to Plaintiffs' Complaint Under Seal; and (3) an redacted version of
3  Exhibit A that discloses only information relating to the specific defendant served.  Any defendant
4  may move this Court at anytime to vacate the sealing order upon notice to the plaintiffs and all
5  other defendants in this action
6  IT IS SO ORDERED.

8  Dated: June 3, 2011          _____
9                                Hon.
                                 United States ~~District~~ Judge
                                 Magistrate

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4818-0296-7049 v1         - 2 -         [Proposed] Order Granting Plaintiffs' Ex Parte
                                            Application re Sealing Exhibit A to Complaint